UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 2 5 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| INTERFACEFLOR LLC (f/k/a INTERFACE FLOORING SYSTEMS, INC.) ) ) ) Plaintiff ) ) vs. ) ) TERRA TECHNOLOGIES, INC.; TTI TECHNOLOGIES, LLC; TTI TECHNOLOGIES HOLDINGS, INC.; WILLIAM D. YOUNG, III; and DAVID W. WHITE, ) ) ) ) Defendants ) ) | CIVIL ACTION NO. 3:06cv396 TSL-JCS |

## ORDER ALLOWING INTERFACEFLOR LLC TO FILE DOCUMENTS UNDER SEAL

The Plaintiff, InterfaceFlor LLC ("Interface") has moved this Court for an Order allowing it to file certain documents under seal. Having considered the motion, the Court finds the motion well-taken.

IT IS THEREFORE ORDERED that Interface's motion shall be granted and Interface is authorized to file the Settlement Agreement referenced in its motion as an exhibit under seal.

IT IS FURTHER ORDERED that the Clerk of this Court shall take whatever action is necessary to cause the exhibit to be filed and kept under seal.

THIS, the 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY:

Jason D. Watkins (MSB #99997)
FORMAN PERRY WATKINS KRUTZ & TARDY, PLLC
Suite 100, City Centre
200 South Lamar Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(P) (601) 960-8600
(F) (601) 960-8613