# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| **INTERFACEFLOR LLC (f/k/a INTERFACE FLOORING SYSTEMS, INC.)** | ) ) ) |
| **Plaintiff** | ) **CIVIL ACTION** ) |
| vs. | ) **NO. 3:06cv396 TSL-JCS** ) |
| **TERRA TECHNOLOGIES, INC.; TTI TECHNOLOGIES, LLC; TTI TECHNOLOGIES HOLDINGS, INC.; WILLIAM D. YOUNG, III; and DAVID W. WHITE,** | ) ) ) ) ) ) |
| **Defendants** | ) ) |

## ORDER OF DISMISSAL

The Plaintiff, InterfaceFlor LLC ("Interface") has moved this Court for an Order confirming an arbitration award and for dismissal of Counts I and Count II of this action with prejudice, and Count III of this action without prejudice. Having considered the motions, the Court finds the motions well-taken.

IT IS THEREFORE ORDERED that Interface's motions shall be granted and the Arbitrators' Award related to the parties dated May 7, 2007, and submitted to this court under seal, is hereby confirmed.

IT IS FURTHER ORDERED that Counts I and Count II of this action are dismissed with prejudice, with each party to bear its own costs.

IT IS FURTHER ORDERED that Count III of this action is dismissed without prejudice, with each party to bear its own costs.

SO ORDERED this 8th day of June, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

PREPARED BY:

Alan W. Perry (MSB # 74127)
Phillip S. Sykes (MSB #10126)
Jason D. Watkins (MSB #99997)
Susan A. Cahoon (admitted pro hac vice)
FORMAN PERRY WATKINS KRUTZ & TARDY, LLP
Suite 100, City Centre
200 South Lamar Street
Post Office Box 22608
Jackson, Mississippi 39225-2608
(P) (601) 960-8600
(F) (601) 960-8613